**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 09-02051 VAP(OPx)              Date:  January 31, 2011

Title:   RICHARD BLACK, AN INDIVIDUAL -v- TIMOTHY BEARD, AN INDIVIDUAL DBA BEARD'S MARKETING; AND MELISSA MANSON, AN INDIVIDUAL DBA BEARD'S MARKETING
================================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

       Marva Dillard                                None Present
       Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR                  ATTORNEYS PRESENT FOR
PLAINTIFFS:                            DEFENDANTS:

       None                                    None

PROCEEDINGS:      MINUTE ORDER ORDERING PLAINTIFF TO SHOW CAUSE (IN CHAMBERS)

       On November 4, 2009, Plaintiff Richard Black ("Plaintiff") filed his Complaint against Defendants Timothy Beard, d.b.a., Beard's Marketing, and Melissa Manson, d.b.a. Beard's Marketing ("Defendants").  (Doc. No. 1.)  On August 19, 2010, the Clerk of Court entered a default against Defendants.  (Doc. No. 12.)  There has been no activity in the case since August 19, 2010.

       Accordingly, the Court ORDERS Plaintiff to show cause, in writing, why his action should not be dismissed for failure to prosecute.  Plaintiff may respond to this Order by filing a motion for default judgment with the Court no later than February 10, 2011.  Failure to file a response will result in dismissal of Plaintiff's action against Defendants.

**EDCV 09-02051 VAP(OPx)**
**RICHARD BLACK, AN INDIVIDUAL v. TIMOTHY BEARD, AN INDIVIDUAL DBA BEARD'S MARKETING; AND MELISSA MANSON, AN INDIVIDUAL DBA BEARD'S MARKETING**
**MINUTE ORDER of January 31, 2011**

**IT IS SO ORDERED.**