**PRIORITY SEND**

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-02051 VAP(OPx)                                         Date:  March 10, 2011

Title:   RICHARD BLACK, AN INDIVIDUAL -v- TIMOTHY BEARD, AN INDIVIDUAL DBA BEARD'S MARKETING; AND MELISSA MANSON, AN INDIVIDUAL DBA BEARD'S MARKETING
================================================================
PRESENT:         HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

          Marva Dillard                                                          None Present
          Courtroom Deputy                                                  Court Reporter

ATTORNEYS PRESENT FOR                          ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                  DEFENDANTS:

          None                                                                          None

PROCEEDINGS:        MINUTE ORDER GRANTING MOTION FOR DEFAULT JUDGMENT (IN CHAMBERS)

    The Court has reviewed and considered the "Motion for Entry of Judgment Upon Default" ("Motion") filed by Plaintiff Richard Black ("Plaintiff").  As Plaintiff's Motion does not seek damages for the fourth claim for relief, violations of California Civil Code section 1719, the Court deems Plaintiff's fourth claim abandoned, and DISMISSES Plaintiff's fourth claim.  For good cause shown, the Court GRANTS Plaintiff's Motion as to the first, second, and third claims, and enters judgment in favor of Plaintiff in the amount of $154,304.00.

    **IT IS SO ORDERED.**