O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BLACK, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BEARD, AN INDIVIDUAL DBA BEARD'S MARKETING; AND MELISSA MANSON, AN INDIVIDUAL DBA BEARD'S MARKETING,<br><br>Defendants. | Case No. EDCV 09-02051 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff against Defendants in the sum of $154,304.00, plus interest at the legal rate until this judgment is

satisfied. The Court orders that such judgment be entered.

Dated: March 10, 2011

VIRGINIA A. PHILLIPS
United States District Judge